September 20, 2007


Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle N.E., Suite 2-301
Washington D.C. 20544

RECEIVED 2007 SEP 21 A 10: 33 FINANCIAL DISCLOSURE OFFICE

Re: Dean D. Pregerson, 2006 Financial Disclosure Report

Dear Ortrie D. Smith,

In response to your letter of August 22, 2007, please be informed of the following:

**Paragraph 1:**
Part III B, line 1, spouses income should be "Financial Consultant - Self-Employed".

**Paragraph 2:**
Part VII, page 4, line 2 MetLife Ins Co of Connecticut Annuity: MetLife acquired Travelers Life & Annuity in 2005. It was reported in 2005 disclosure report on page 5, line 28 as Travelers Life - Annuity.

Part VII, page 5, line 19 Smith Barney ACF David U/CA/UTMA Fidelity Spartan 500 Index was reported in 2005 disclosure report on page 5, line 20 as Fidelity Investments #4 UTMA CA Spartan 500 Index Fund.

Part VII, page 5, line 22 Smith Barney ACF David U/CA/UTMA Janus Orion Fund was reported in 2005 disclosure report on page 5, line 23 as Fidelity Investments #4 UTMA Janus Olympus Fund.

Part VII, page 5, line 24 Smith Barney IRA #1 Legg Mason Partners Aggressive Growth Fd was reported in 2005 disclosure report on page 5, line 27 as Smith Barney IRA #2 Aggressive Growth Fund Cl A.

Part VII, page 5, line 25 Smith Barney IRA #1 Legg Mason Partners Appreciation Fund A was reported in 2005 disclosure report on page 5, line 26 as Smith Barney IRA #2 SB Appreciation Fund Cl A.

Part VII, page 5, line 26 Smith Barney IRA #1 Fiduciary Cap Pension Prts DDP was reported in 2005 disclosure report on page 5, line 29 as Fiduciary Investments Variable Annuity.

Part VII, page 5, line 28 Smith Barney IRA #2 Citibank Bank Deposit Program was combined on 2005 report with page 4, line 1 Smith Barney IRA 1 SB Money Fund.

Part VII, page 5, line 29-30 Smith Barney IRA #2 Citicorp Trust Bank and Citibank NA South Dakota Bank Deposit Pr money markets were purchased on 10/03/06.

Part VII, page 5, line 31 Smith Barney IRA #2 GNMA Maty: 2015 was reported in 2005 disclosure report on page 4, line 2 as Smith Barney IRA #1 GNMA 10/01/85.

Part VII, page 5, line 32 Smith Barney IRA #2 Fiduciary Cap Pension Prts was exempt from prior reporting due to income and value were below the reporting threshold.

**Paragraph 3:**
Part VII, page 4, line 2, Smith Barney IRA #1 GNMA 10/01/85 was reported in 2006 disclosure report on page 5, line 31 as Smith Barney IRA #2 GNMA Maty: 2015.

Part VII, page 5 line 23, Fidelity Investments #4 UTMA Janus Olympus Fund was reported in 2006 disclosure report on page 5, line 22 as Smith Barney ACF David U/CA/UTMA Janus Orion Fund.

Part VII, page 5, line 24, Smith Barney IRA #2 Money Cash Portfolio was exempt from disclosure due to its income and value below the reporting threshold.

Part VII, page 5, line 26, Smith Barney IRA #2 SB Appreciation Fund Cl A was reported in 2006 disclosure report on page 5, line 25 as Smith Barney IRA #1 Legg Mason Partners Appreciation Fund A.

Part VII, page 5, line 27, Smith Barney IRA #2 Aggressive Growth Fund Cl A was reported in 2006 disclosure report on page 5, line 24 as Smith Barney IRA #1 Legg Mason Partners Aggressive Growth Fd.

Part VII, page 5, line 28, Travelers Life & Annuity was acquired by MetLife and reported on 2006 disclosure report on page 4, line 2 as MetLife Ins Co of Connecticut Annuity.

Part VII, page 5, line 29, Fiduciary Investments Variable Annuity was reported in 2006 disclosure report on page 5, line 26 as Smith Barney IRA #1 Fiduciary Cap Pension Prts DDP.

Sincerely,



Enclosures (3)

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Dean D | Central District of California | 04/23/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 N. Spring Street <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. Custodian | Smith Barney U/CA/UTMA |
| 3. Custodian | Smith Barney U/CA/UTMA |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 13 A 10: 40 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Consultant | Self Employed |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Smith Barney | Portfolio Credit Line | K |
| 2. | Capital One | Credit Card | J |
| 3. | ABN AMRO | Home Mortgage | M |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pregerson, Dean D | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney - Microsoft | C | Dividend | N | T | | | | | |
| 2. Smith Barney - Metlife Ins Co of Connecticuit Annuity | A | None | N | T | | | | | |
| 3. Smith Barney ACF Bradley U/CA/UTMA Money Market | B | Dividend | K | T | | | | | |
| 4. Smith Barney ACF Bradley U/CA/UTMA Intel | A | Dividend | J | T | | | | | |
| 5. Smith Barney ACF Bradley U/CA/UTMA Microsoft | A | Dividend | J | T | | | | | |
| 6. Smith Barney ACF Bradley U/CA/UTMA Pfizer Inc | A | Dividend | J | T | | | | | |
| 7. Smith Barney ACF Bradley U/CA/UTMA Tim Hortons INc | A | Dividend | J | T | buy | 07/01 | J | | |
| 8. Smith Barney ACF Bradley U/CA/UTMA Wal-Mart Stores INc | A | Dividend | J | T | | | | | |
| 9. Smith Barney ACF Bradley U/CA/UTMA Wendys International Inc | A | Dividend | J | T | buy | 07/01 | J | | |
| 10. Smith Barney ACF Bradley U/CA/UTMA Fidelity Spartan 500 | A | Dividend | J | T | | | | | |
| 11. Smith Barney ACF Bradley U/CA/UTMA Janus Fund | A | Dividend | J | T | | | | | |
| 12. Smith Barney ACF Bradley U/CA/UTMA Janus Orion | A | Dividend | K | T | | | | | |
| 13. Smith Barney ACF Bradley U/CA/UTMA Israel Due 2014 7th Dev B | A | Dividend | J | T | | | | | |
| 14. Smith Barney ACF David U/CA/UTMA Cash & Moeny Market | A | Dividend | K | T | | | | | |
| 15. Smith Barney ACF David U/CA/UTMA Intel Corp | A | Dividend | J | T | | | | | |
| 16. Smith Barney ACF David U/CA/UTMA Microsoft Corp | A | Dividend | J | T | | | | | |
| 17. Smith Barney ACF David U/CA/UTMA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Pfizer Inc | | | | | | | | | |
| 18. Smith Barney ACF David U/CA/UTMA Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 19. Smith Barney ACF David U/CA/UTMA Fidelity Spartan 500 Index | A | Dividend | J | T | | | | | |
| 20. Smith Barney ACF David U/CA/UTMA Janus Fund Inc | A | Dividend | J | T | | | | | |
| 21. Smith Barney ACF David U/CA/UTMA Janus Invt Fd Twenty Fd | A | Dividend | J | T | | | | | |
| 22. Smith Barney ACF David U/CA/UTMA Janus Orion Fund | A | Dividend | K | T | | | | | |
| 23. Smith Barney IRA #2 Alliancebernstein International Growth F | A | Dividend | J | T | | | | | |
| 24. Amith Barney IRA #2 Legg Mason Partners Aggressive Growth Fd | A | Dividend | K | T | | | | | |
| 25. Smith Barney IRA 2 Legg Mason Partners Appreciation Fund A | A | Dividend | J | T | | | | | |
| 26. Smith Barney IRA #2 Fiduciary Cap Pension Prts DDP | A | None | J | U | | | | | |
| 27. Smith Barney IRA 1 SB Money Market | B | Dividend | K | T | | | | | |
| 28. Smith Barney IRA #1 Citibank Bank Deposit Program | C | Dividend | L | T | | | | | |
| 29. Smith Barney IRA #1 Citicorp Trust Bank, FSB | A | Dividend | J | T | | | | | |
| 30. Smith Barney IRA #1 Citibank NA South Dakota Bank Deposti Pr | C | Dividend | L | T | | | | | |
| 31. Smith Barney IRA #1 GNMA MATY: 2015 | A | Interest | J | T | | | | | |
| 32. Smith Barney IRA #1 Fiduciary Cap Pension Prts | A | None | J | U | | | | | |
| 33. Smith Barney IRA #1 CG Capital Markets - | D | Dividend | M | T | buy | 3/24 | M | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment  T =Cash Market
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Large Cap Value Inv | | | | | | | | | |
| 34. Smith Barney IRA #1 CG Capital Markets - Small Cap Value Inv | C | Dividend | K | T | buy | 3/24 | K | | |
| 35. Smith Barney IRA #1 CG Capital Markets - Emerging Markets In | A | Dividend | K | T | buy | 3/24 | K | | |
| 36. Smith Barney IRA #1 CG Capital Markets - Internat'l Equity | B | Dividend | L | T | buy | 3/24 | L | | |
| 37. Smith Barney IRA #1 CG Capital Markets - Large Cap Growth | A | Dividend | M | T | buy | 3/24 | M | | |
| 38. Smith Barney IRA #1 CG Capital Markets - Small Cap Growth | A | Dividend | K | T | buy | 3/24 | K | | |
| 39. Smith Barney IRA #1 Strips-Tint-US Treasury Maty: 2010 | A | Interest | K | T | | | K | | |
| 40. Smith Barney IRA #1 Washington Mutual Bank - CD Maty: 2007 | C | Interest | L | T | buy | 03/23 | L | | |
| 41. Smith Barney IRA #1 Franklin Flex Cap Growth Fund Cl A | A | Dividend | J | T | sell | 03/20 | K | E | |
| 42. Smith Barney IRA #1 Aggressive Growth Fund Cl A | A | Dividend | J | T | sell | 03/20 | L | A | |
| 43. Smith Barney IRA #1 Small Cap Fund | B | Dividend | J | T | sell | 03/20 | N | E | |
| 44. Smith Barney IRA #1 Intel Corp | A | Dividend | J | T | sell | 03/20 | K | E | |
| 45. Smith Barney IRA #1 Microsoft Corp | B | Dividend | J | T | sell | 03/20 | M | A | |
| 46. Smith Barney IRA #1 Janus Mercury Fund | A | Dividend | J | T | sell | 03/20 | L | A | |
| 47. Smith Barney IRA #1 Citigroup Inc | B | Dividend | J | T | sell | 03/20 | L | E | |
| 48. Smith Barney IRA #1 Alliance Large Cap Growth Fund Cl B | A | Dividend | J | T | sell | 03/20 | K | A | |
| 49. Smith Barney IRA #1 The Jenus Fund | A | Dividend | J | T | sell | 03/20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 04/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.  Smith Barney IRA #1 Federal Express | A | Dividend | J | T | sell | 03/20 | K | E | |
| 51.  Smith Barney IRA #1 St Paul Travelers PPTY Corp Cl A & Cl B | A | Dividend | J | T | sell | 03/20 | J | B | |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 04/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date X 6-12-07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544